# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/6/2025
```

## MEMO ENDORSED

May 5, 2025

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. No further extensions will be granted. SO ORDERED.
>
> _[signature]_
> _____
> Barbara Moses
> United States Magistrate Judge
> May 6, 2025

Re:  *Dade v. Commissioner of Social Security*
     Civil Action No. 1:24-cv-09123-BCM

Dear Judge Moses,

    We write on behalf of our client, Norman J. Dade, with the consent of the defense, to request additional time to file his motion for judgment on the pleadings which is currently due today May 5, 2025 per the Court's February 2, 2025 Order Granting Extension of Time to File. This is the parties' second request for an extension. The reason for this request is the start of a bench trial before Judge Wicks on May 12, 2025 and the need to properly prepare for that trial.

    After conferring with the defendant, the parties are amenable to proceeding according to the following amended scheduling order, subject to the Court's approval:

> - Plaintiff to file his motion for judgment on the pleadings on or before: **June 19, 2025;**
>
> - Defendant to file its response to plaintiff's motion/cross motion on or before: **August 4, 2025**; and
>
> - Plaintiff to file his reply, if any, on or before:  **August 18, 2025.**

Honorable Barbara C. Moses
May 5, 2025
Page Two

      Thank you for your consideration of this request.

                              Respectfully submitted,

                              s/Daniel A. Osborn
                              Daniel A. Osborn
                              OSBORN LAW, P.C.
                              43 West 43rd Street, Suite 131
                              New York, New York 10036
                              Telephone:   212-725-9800
                              Facsimile:    212-500-5115
                              dosborn@osbornlawpc.com

cc: Kristina Danielle Cohn, Esq. (by ECF)