# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

NORMAN J.D.,

                Plaintiff,                        24 **CIVIL** 9123 (GRJ)

    -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated October 27, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 19) is DENIED; the Commissioner is granted Judgment on the Pleadings; and this case is DISMISSED. Accordingly, the final judgment is entered in favor of the Commissioner and this case is closed.

**Dated:** New York, New York

       October 28, 2025

                                                  **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                      BY:

                                                      **Deputy Clerk**